### RUDOLPH KUHN V. THE STATE.

*No. 646.    Decided January 23.*

Selling Liquor to Minor—Instructions to Jury.—Where, on a trial for selling liquor to a minor, it was shown that defendant knew he was selling to a minor, the court instructed the jury that it devolved upon defendant to show that he had proper written consent of the minor's parents or guardian, *Held*, the instruction was correct.

APPEAL from the County Court of Tarrant. Tried below before Hon. ROBERT G. JOHNSON, County Judge.

Appellant was convicted of selling liquor to a minor, and his punishment assessed at a fine of $25.

No statement necessary.

*James S. Davis*, for appellant.

*Mann Trice*, Assistant Attorney-General, for the State.

DAVIDSON, JUDGE.—Appellant prosecutes this appeal from a conviction of selling liquor to a minor. He only excepted to the charge of the court because it instructed the jury it devolved upon him to prove he had the proper written consent to sell liquor to such minor, the sale being knowingly made. The exception was not valid. Reynolds v. The State, 32 Texas Crim. Rep., 36. Appellant's requested instruction, though abstractly correct, was properly refused, because it had no application to the case. He did not adduce in evidence written consent from either parent authorizing the sale to the minor.

The judgment is fully sustained by the testimony, and is affirmed.

*Affirmed.*

Judges all present and concurring.